# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMANUEL LOPEZ**, <br> Plaintiff, <br> v. <br> **COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC**, <br> Defendant. | Case No. 15-cv-01220-YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT; SETTING BRIEFING RE: MOTION TO AMEND** <br><br> Re: Dkt. No. 24 |

The Court has reviewed the parties' Updated Joint Case Management Statement and, based upon the information therein, **ORDERS** as follows:

(1) the case management conference currently set for Monday, December 14, 2015, is **CONTINUED** to Monday, **March 28, 2016**, at 2:00 p.m.;

(2) Plaintiff shall file his proposed Motion for Leave To Amend no later than **December 15, 2015**. Defendant shall file its response no later than **January 5, 2016**. Plaintiff shall file any reply by **January 12, 2016**. Hearing on the motion will be noticed for **January 26, 2016**, at 2:00 p.m. in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**