# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMANUEL LOPEZ**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC**,<br><br>　　　　　Defendant. | Case No.  15-cv-01220-YGR<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY CUT-OFF AND DISCOVERY MOTION DEADLINE; GRANTING REQUEST FOR TWO ADDITIONAL HOURS FOR PLAINTIFF'S DEPOSITION; DENYING WITHOUT PREJUDICE REQUEST FOR PRIVILEGE LOG AND CERTIFICATION**<br><br>Re: Dkt. No. 34, 35 |

　　　　The Court has reviewed the two joint discovery letters submitted by counsel on May 27, 2016. (Dkt. Nos. 34, 35.)  Based thereon, the Court **ORDERS** as follows:

　　　　(1)  The parties' deadlines for completing non-expert discovery and for filing motions to compel further discovery are **CONTINUED**.  The non-expert discovery cut-off is extended to and including **June 15, 2016**, and the deadline to file any motions to compel further discovery is extended to and including **June 22, 2016**.

　　　　(2) Comcast's request for two additional hours to complete Plaintiff's deposition is **GRANTED**.  Comcast has established good cause for the additional time consistent with Federal Rule of Civil Procedure 26(b)(2).

　　　　(3) Plaintiff's request to compel production of a privilege log and certification that all responsive documents have been produced is **DENIED WITHOUT PREJUDICE**, based upon Comcast's assertion that it will have provided a privilege log by close of business on May 31, 2016, and is continuing to meet and confer on the remaining production issues.

　　　　**IT IS SO ORDERED.**

　　　　This terminates Docket Nos. 34 and 35.

Dated: June 1, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**