**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EMANUEL LOPEZ**, <br><br>      Plaintiffs, <br><br> v. <br><br> **COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**, <br><br>      Defendants. | Case No.: 15-cv-1220 YGR <br><br> **ORDER STRIKING DEFENDANT'S PRE-FILING CONFERENCE REQUEST LETTER** <br><br> Re: Dkt. No. 42 |

The Court **STRIKES** Defendant Comcast Cable Communications Management's letter requesting a summary judgment pre-filing conference. (Dkt. No. 42.)

The Court's standing order provides that such letters "shall be no more than three single-spaced pages in length, *including* any attached exhibits or other supporting papers." (Standing Order In Civil Cases ¶ 9(a) (emphasis in original).) The letter submitted here violated that standing order because it was three pages plus an additional 33 pages of exhibits.

**IT IS SO ORDERED**.

Dated: July 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**