**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EMANUEL LOPEZ,** | Case No.: 15-cv-1220 YGR |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,** | |
| Defendant. | |

In light of the parties' summary judgment pre-filing letter briefs and Plaintiff's counsel's pending Motion to Withdraw as counsel (Dkt. No. 45), the Court **SETS** the following briefing schedule on Defendant's Motion for Summary Judgment:

1.  Defendant shall file its motion no later than **July 26, 2016**;

2.  Plaintiff shall file his response to the motion no later than **September 9, 2016**;

3.  Defendant shall file any reply no later than **September 20, 2016**.

The Court **CONTINUES** the Case Management Conference currently set for Monday, July 18, 2016, to **Monday, August 22, 2016**, at 2:00 p.m., in Courtroom 1, 1301 Clay Street, Oakland. Plaintiff and Defendant shall file a **joint** updated case management statement no later than **August 15, 2016**, and should specifically address any requests to modify the current trial and pretrial schedule.

Plaintiff's counsel is directed to serve Plaintiff with a copy of this order and to file a proof of such service with the Court within five days of issuance of this order.

**IT IS SO ORDERED**.

Dated: July 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**