**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EMANUEL LOPEZ**, | Case No.: 15-cv-1220 YGR |
| Plaintiff, | **ORDER DIRECTING PERSONAL APPEARANCE AT HEARING BY COUNSEL AND BY PLAINTIFF EMANUEL LOPEZ** |
| v. | |
| **COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**, | |
| Defendant. | |

Counsel Jocelyn Burton, Scott Nakama, and Burton Employment Law ("Moving Counsel") have filed their Motion to Withdraw as Counsel for Plaintiff Emanuel Lopez. (Dkt. No. 45.) As of the date of this order, no response has been filed by Plaintiff Emanuel Lopez. However, Defendant Comcast Cable Communications Management, LLC, has filed a response to the motion raising concerns about transfer of confidential information produced in discovery herein pursuant to the parties' stipulated protective order, including whether it will be maintained in a secure manner, and whether inadvertently produced documents pertaining to other employees will be returned. Moving Counsel indicates, in their response, that the discovery motion deadline has passed and, despite the extension granted by the Court, Defendant failed to file any motion to resolve the inadvertent disclosure issue timely.

The Court is inclined to permit Moving Counsel to withdraw, but requires additional information from the parties, including Plaintiff Emanuel Lopez who will be self-represented upon granting this motion. Moving Counsel, Defendant, and Plaintiff Emanuel Lopez are therefore **ORDERED** to appear personally at the hearing on **August 9, 2016, at 2:00 p.m.** in Courtroom 1, 1301 Clay Street, Oakland, prepared to discuss handling of the documents at issue. Moving Counsel is **ORDERED** to notify Plaintiff Emanuel Lopez of the requirement that he personally appear by phone,

email, or other means calculated to give prompt notice, and to file a declaration attesting to such notice no later than 12:00 noon on **August 8, 2016**.

  **IT IS SO ORDERED**.

Dated: August 4, 2016

                _____
                **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**

2