**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EMANUEL LOPEZ**, <br><br>    Plaintiff, <br><br>    v. <br><br> **COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**, <br><br>    Defendant. | Case No.: 15-cv-1220 YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; DENYING REQUEST FOR CONTINUANCE; SETTING HEARING ON SUMMARY JUDGMENT; REFERRING TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The Court having reviewed the parties' updated joint case management statement (Dkt. No. 59) hereby **VACATES** the Case Management Conference currently set for August 22, 2016.

Plaintiff's request for continuance of the trial date is **DENIED**. With respect to defendant's motion for partial summary judgment, the briefing deadlines previously set (*see* Dkt. No. 48) shall remain in effect:

- Plaintiff shall file his response to the motion no later than **September 9, 2016**;
- Defendant shall file any reply no later than **September 20, 2016**.

The Court **SETS** a hearing on defendant's motion for partial summary judgment to be held on **October 4, 2016** on the Court's **2:00 p.m.** Calendar.

The Court also **REFERS** the matter to a magistrate judge pursuant to Local Rule 72-1 to conduct a settlement conference. Should the case settle, the parties are ordered to file a notice of settlement within two business days so that they Court may vacate any pending dates. The parties will be advised of the date, time, and place of settlement conference by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: August 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**